**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SAS INSTITUTE INC., | § § § | |
| *Plaintiff,* | § § | CASE NO. 2:18-CV-00295-JRG |
| v. | § § | |
| WORLD PROGRAMMING LIMITED, ET AL., | § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § § § § | |

**LUMINEX SOFTWARE, INC.'S UNOPPOSED MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL**

Defendant Luminex Software, Inc. ("Luminex") through the undersigned attorney, respectfully requests that Gillett Henry Welles of Best Best & Krieger LLP ("Best") be permitted to withdraw as counsel of record for Luminex in this matter, and that Timothy S. Durst of Baker Botts, LLP be substituted as lead counsel for Luminex.

Defendant Luminex has notice of and authorizes this motion. This withdrawal and substitution of counsel has been agreed to by Plaintiff SAS Institute Inc. and is not sought for purposes of delay.

For the above reasons, Luminex respectfully requests that the Court grant this Unopposed Motion for Withdrawal and Substitution of Counsel.

Dated: September 14, 2018                                        Respectfully submitted,

/s/ Timothy S. Durst
Timothy S. Durst
SBN: 00786924
tim.durst@bakerbotts.com
BAKER BOTTS LLP
2001 Ross Avenue
Dallas, TX 75201
(p) 214-953-6500
(f) 214-953-6503

**ATTORNEYS FOR
DEFENDANT LUMINEX
SOFTWARE, INC.**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules CV-7(h) and CV-7(i), this is to certify that counsel for Defendant Luminex Software, Inc. has conferred with counsel for Plaintiff SAS Institute Inc. and that this motion is unopposed.

/s/ Timothy S. Durst
Timothy S. Durst

## CERTIFICATE OF SERVICE

A true and correct copy of this document has been served on September 14, 2018, to all counsel of record who are deemed to have consented to electronic service though the Court's CM/ECF system.

/s/ Timothy S. Durst
Timothy S. Durst