IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SAS INSTITUTE, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WORLD PROGRAMMING LIMITED, ET AL.,<br><br>　　　　Defendants. | Civil Action No. 2:18-CV-00295-JRG<br><br>**Jury Trial Demanded** |

## NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(2)(A)(i)

PLEASE TAKE NOTICE that Plaintiff SAS Institute Inc. ("SAS Institute") hereby voluntarily dismisses its Original Complaint against Defendant Hitachi Ventara Corporation ("Hitachi") without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In accordance with Rule 41(a)(1)(A)(i). SAS states that this Notice has been filed prior to service by Hitachi of an answer or other responsive pleading.

Dated: September 17, 2018            Respectfully submitted,

<u>/s/ Shaun W. Hassett</u>
Jason W. Cook
Texas Bar No. 24028537
Shaun W. Hassett
Texas Bar No. 24074372
MCGUIREWOODS LLP
2000 McKinney Ave
Suite 1400 Dallas, TX 75201
Tel: 214-932-6400
Fax: 214-273-7483
jcook@mcguirewoods.com
shassett@mcguirewoods.com

***Attorneys for Plaintiff SAS Institute Inc.***

## **CERTIFICATE OF SERVICE**

A true and correct copy of this document has been served on September 17, 2018, to all counsel of record who are deemed to have consented to electronic service though the Court's CM/ECF system.

*/s/ Shaun W. Hassett*
Shaun W. Hassett
