## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| SAS INSTITUTE INC., <br><br> Plaintiff, <br><br> v. <br><br> WORLD PROGRAMMING LIMITED, MINEQUEST BUSINESS ANALYTICS, LLC, MINEQUEST LLC, ANGOSS SOFTWARE CORPORATION, LUMINEX SOFTWARE, INC., YUM! BRANDS, INC., PIZZA HUT, INC., and SHAW INDUSTRIES GROUP, INC., <br><br> Defendants. | Civil Action No. 2:18-cv-00295-JRG |

## JOINT MOTION TO STAY AND NOTICE OF SETTLEMENT

Defendant Angoss Software Corporation ("Angoss") and Plaintiff SAS Institute Inc. ("SAS") hereby submit this Joint Motion to Stay All Deadlines and Notice of Settlement and respectfully show the Court as follows:

(1) SAS and Angoss have reached a settlement in principle resolving all matters in controversy between the parties in the above-referenced action and are in the process of drafting and finalizing the settlement papers.

(2) Accordingly, SAS and Angoss submit that the Court's resources would best be served by a stay of entry of all deadlines in the case with respect to SAS' claims against Angoss for a period of thirty (30) days so that the announced settlement in principle may be completed and appropriate dismissal papers thereafter filed with the Court.

(3) SAS and Angoss jointly agree that Angoss is filing this joint motion in lieu of responding to SAS' Original Complaint, Dkt. No. 1. Angoss' response to SAS'

Original Complaint is a motion to dismiss for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2).  SAS and Angoss jointly agree that by filing this joint motion in lieu of responding to SAS' Original Complaint, Angoss has not waived its defense of lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2), or any other defenses to SAS' claims that may be asserted by motion under Rule 12.

(4) This Motion does not impact SAS's claims against any defendant other than Angoss in the present action.

WHEREFORE, SAS and Angoss request the Court grant this Joint Motion to Stay and Notice of Settlement and enter an Order granting a temporary stay between SAS and Angoss for a period of thirty (30) days.

Date: October 20, 2018  Respectfully submitted,

/s/ Jason W. Cook
Jason W. Cook (Texas Bar No. 24028537)
Shaun W. Hassett (Texas Bar No. 24074372)
MCGUIREWOODS LLP
2000 McKinney Ave
Suite 1400
Dallas, TX 75201
Tel: 214-932-6400
Fax: 214-273-7483
jcook@mcguirewoods.com
shassett@mcguirewoods.com

*Attorneys for SAS Institute, Inc.*

Of counsel:

Brian C. Riopelle (VA Bar No. 036454)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street

Richmond, VA 23219-3916
Tel: 804-775-1000
Fax: 804-775-1061
briopelle@mcguirewoods.com

Rachelle H. Thompson (NC Bar No. 46450)
MCGUIREWOODS LLP
434 Fayetteville Street
Suite 2600
Raleigh, NC 27601
Tel: 919-755-6600
Fax: 919-755-6699
rthompson@mcguirewoods.com

Brad R. Newberg (VA Bar No. 73654)
MCGUIREWOODS LLP
1750 Tysons Blvd.
Tysons Corner, VA 22102
Tel: 703-712-5061
Fax: 703-712-5187
bnewberg@mcguirewoods.com


*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Tel: (903) 509-5000
Fax: (903) 509-5092
jainsworth@wilsonlawfirm.com

Margaret E. Ives
Phoebe Fischer-Groban
CHOATE HALL & STEWART LLP
Two International Place Boston, MA 02110
Tel: (617) 248-5000
Fax: (617) 248-4000
mives@choate.com
pfischergroban@choate.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 20th day of October, 2018.

*/s/ Jason W. Cook*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for SAS and counsel for Angoss conferred and both parties agree to filing this as a joint motion.

*/s/ Jason W. Cook*