**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SAS INSTITUTE INC.,<br><br>   Plaintiff,<br><br>     v.<br><br>WORLD PROGRAMMING LIMITED, MINEQUEST BUSINESS ANALYTICS, LLC, MINEQUEST LLC, ANGOSS SOFTWARE CORPORATION, LUMINEX SOFTWARE, INC., YUM! BRANDS, INC., PIZZA HUT, INC., and SHAW INDUSTRIES GROUP, INC.<br><br>   Defendants. | Civil Action No. 2:18-cv-00295-JRG |

## ORDER STAYING DEADLINES

Before the Court is the joint motion of Defendant Angoss Software Corporation ("Angoss") and Plaintiff SAS Institute Inc. ("SAS") to stay all deadlines for thirty days in view of Angoss and SAS having reached a settlement in principle that would resolve all matters in controversy between them. This motion does not impact any defendant in the case other than Angoss. The Court having considered the motion, and having found good cause therefor, hereby ORDERS that the motion is GRANTED.