UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SAS INSTITUTE INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>WORLD PROGRAMMING LIMITED, ET AL.,<br><br>*Defendants*. | Civil Action No. 2:18-cv-00295-JRG<br><br>**Jury Trial Demanded** |

**DEFENDANTS LUMINEX SOFTWARE, INC., YUM! BRANDS, INC., PIZZA HUT, INC., MINEQUEST BUSINESS ANALYTICS, LLC, MINEQUEST LLC, AND SHAW INDUSTRIES GROUP, INC.'S RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF SAS INSTITUTE INC.'S COPYRIGHT INFRINGEMENT CLAIMS**

Defendants Luminex Software, Inc., Yum! Brands, Inc., Pizza Hut, Inc.,[1] MineQuest Business Analytics, LLC, MineQuest LLC, and Shaw Industries Group, Inc. (collectively "Defendants") hereby join and incorporate by reference World Programming Limited's Rule 12(b)(6) Motion to Dismiss Plaintiff SAS Institute Inc.'s Copyright Infringement Claims.

Dated: October 22, 2018

Respectfully submitted,

*/s/ Timothy S. Durst*
Timothy S. Durst
SBN: 00786924
tim.durst@bakerbotts.com
Susan Kennedy
SBN: 24051663
susan.kennedy@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
(p) 214-953-6500
(f) 214-953-6503

---

[1] The named Pizza Hut entity, Pizza Hut, Inc., no longer exists.

Christopher V. Ryan
SBN: 24037412
chris.ryan@bakerbotts.com
Syed K. Fareed
SBN: 24065216
syed.fareed@bakerbotts.com
BAKER BOTTS L.L.P.
98 San Jacinto Blvd.
Austin, Texas 78701
(p) 512-322-2500
(f) 512-322-2501

**ATTORNEYS FOR DEFENDANTS LUMINEX SOFTWARE, INC., YUM! BRANDS, INC., PIZZA HUT, INC., MINEQUEST BUSINESS ANALYTICS, LLC AND MINEQUEST LLC**

*/s/ Hilary L. Preston*
Hilary L. Preston
Texas Bar No. 24062946
hpreston@velaw.com
Janice L. Ta
Texas Bar No. 24075138
jta@velaw.com
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78701
512.542.8400 telephone
512.542.8610 facsimile

Melissa L. James
Texas Bar No. 24074746
mjames@velaw.com
VINSON & ELKINS LLP
2001 Ross Ave., Suite 3900
Dallas, Texas 75201
214.220.7804 telephone
214.999.7838 facsimile

**ATTORNEYS FOR DEFENDANTS YUM! BRANDS, INC. AND PIZZA HUT, INC.**

/s/ Thad C. Kodish
Thad C. Kodish
Georgia Bar No. 427603
Sara C. Fish
Georgia Bar No. 873853
FISH & RICHARDSON, P.C.
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: 404-892-5005
Facsimile: 404-892-5002

Andria R. Crisler
Texas Bar No. 24093792
crisler@fr.com
FISH & RICHARDSON, P.C.
1717 Main Street
Dallas, Texas 75201
Telephone: 214-747-5070
Facsimile: 214-747-2091

**ATTORNEYS FOR DEFENDANT SHAW INDUSTRIES GROUP, INC.**

## CERTIFICATE OF SERVICE

A true and correct copy of this document has been served on October 22, 2018, to all counsel of record who are deemed to have consented to electronic service though the Court's CM/ECF system.

/s/ Timothy S. Durst
Timothy S. Durst