# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SAS INSTITUTE INC., <br><br> Plaintiff, <br><br> vs. <br><br> WORLD PROGRAMMING LIMITED; LUMINEX SOFTWARE, INC.; YUM! BRANDS, INC.; PIZZA HUT, INC.; and SHAW INDUSTRIES GROUP, INC., <br><br> Defendants. | Civil Action No. 2:18-CV-00295-JRG <br><br> **Jury Trial Demanded** |

### DEFENDANTS LUMINEX SOFTWARE, INC., YUM! BRANDS, INC., AND PIZZA HUT, INC.'S UNOPPOSED MOTION FOR WITHDRAWAL OF REPRESENTATION

Defendants Luminex Software, Inc., Yum! Brands, Inc., and Pizza Hut, Inc. (collectively the "Moving Defendants") hereby request that Mr. Timothy S. Durst, Mr. Christopher Ryan, Ms. Susan Cannon Kennedy, and Mr. Syed Kamil Fareed, all of the law firm of Baker Botts L.L.P. (collectively with these individual attorneys, "Baker Botts"), be permitted to withdraw as their counsel of record in this case. The Moving Defendants also request that Baker Botts be removed from ECF Notifications in this case as well.[1]

The Moving Defendants, who approve of this request for withdrawal, continue to be represented by other counsel who have appeared in this action. Accordingly, Baker Botts' withdrawal will cause neither delay in this proceeding nor prejudice to any party.

Counsel for the Moving Defendants have conferred with counsel for Plaintiff SAS Institute Inc., who does not oppose Baker Botts' withdrawal.

---

[1] If this motion is granted, Baker Botts would no longer be counsel of record for any parties in this action.

1

Dated: June 12, 2019

Respectfully submitted,

*/s/ Timothy S. Durst*

BAKER BOTTS L.L.P.

Timothy S. Durst
Texas Bar No. 00786924
tim.durst@bakerbotts.com
Susan Kennedy
Texas Bar No. 24051663
susan.kennedy@bakerbotts.com
2001 Ross Avenue
Dallas, TX  75201
214-953-6500
214-953-6503 (Facsimile)

Christopher V. Ryan
Texas Bar No. 24037412
chris.ryan@bakerbotts.com
Syed K. Fareed
Texas Bar No. 24065216
syed.fareed@bakerbotts.com
98 San Jacinto Blvd.
Austin, TX  78701
512-322-2500
512-322-2501 (Facsimile)

**ATTORNEYS FOR DEFENDANTS LUMINEX SOFTWARE, INC., YUM! BRANDS, INC., AND PIZZA HUT, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 12th day of June, 2019, with a copy of this document via the Court's CM/ECF system.

*/s/ Timothy S. Durst*
Timothy S. Durst