**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SAS INSTITUTE INC., <br><br> Plaintiff, <br><br> vs. <br><br> WORLD PROGRAMMING LIMITED; LUMINEX SOFTWARE, INC.; YUM! BRANDS, INC.; PIZZA HUT, INC.; and SHAW INDUSTRIES GROUP, INC., <br><br> Defendants. | Civil Action No. 2:18-CV-00295-JRG <br><br> **Jury Trial Demanded** |

**ORDER**

Having considered Defendants Luminex Software, Inc., Yum! Brands, Inc., and Pizza Hut, Inc.'s Unopposed Motion for Withdrawal of Representation (Dkt. No. 121), the Court finds that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that Mr. Timothy S. Durst, Mr. Christopher Ryan, Ms. Susan Cannon Kennedy, and Mr. Syed Kamil Fareed, all of the law firm of Baker Botts L.L.P., as well as the law firm of Baker Botts L.L.P., are permitted to withdraw as counsel of record for Defendants Luminex Software, Inc., Yum! Brands, Inc., and Pizza Hut, Inc. ECF Notifications to the above-mentioned attorneys are to be terminated in this case.

**So Ordered this**
**Jun 13, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE