UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SAS INSTITUTE INC.,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD PROGRAMMING LIMITED *et al.*,<br><br>Defendants. | Case 2:18-cv-00295-JRG |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(a)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff SAS Institute Inc. ("SAS"), hereby moves for an order dismissing with prejudice all claims by SAS against Defendants YUM! Brands, Inc. and Pizza Hut, Inc.

Each party shall bear its own costs, attorneys' fees, and expenses.

Dated: April 27, 2020

Respectfully submitted,

 /s/ Pressly M. Millen
Pressly M. Millen
*Pro Hac Vice*
Raymond M. Bennett
*Pro Hac Vice*
Samuel B. Hartzell
*Pro Hac Vice*
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
(919) 755-2135
press.millen@wbd-us.com
ray.bennett@wbd-us.com
sam.hartzell@wbd-us.com


Christian E. Mammen
*Pro Hac Vice*

Carrie Richey
WOMBLE BOND DICKINSON (US) LLP
1841 Page Mill Road, Suite 200
Palo Alto, California 94304
(408) 341-3067
chris.mammen@wbd-us.com
carrie.richey@wbd-us.com

Michael C. Smith
State Bar No. 18650410
SIEBMAN, FORREST, BURG & SMITH, LLP
113 East Austin Street
Marshall, Texas 75671
(903) 938-8900
michaelsmith@siebman.com

***Attorneys for Plaintiff SAS Institute Inc.***

- 3 -

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served on counsel for Defendants via the Court's CM/ECF system April 27, 2020.

                                        /s/ Pressly M. Millen
                                        Pressly M. Millen