**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SAS INSTITUTE INC., | § § § | |
| Plaintiff, | § § § | CIVIL ACTION NO. 2:18-CV-00295-JRG |
| v. | § § § | |
| WORLD PROGRAMMING LIMITED, LUMINEX SOFTWARE, INC., | § § § § | |
| Defendants. | § | |

### ORDER

Before the Court is World Programming Limited and SAS Institute Inc.'s (collectively, the "Parties") Renewal of Their Joint Motion to Continue Trial Setting [Dkt. 333] (the "Motion"). (Dkt. No. 389.) Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED-IN-PART**. It is therefore **ORDERED** that the pretrial conference in the above-captioned case take place in-person in Marshall, Texas on August 17-18, 2020. It is further **ORDERED** that jury selection for the above-captioned case will take place in-person in Marshall, Texas on September 14, 2020. The Parties are further **ORDERED** to submit a proposed Joint Amended Docket Control Order for the Court's consideration incorporating these pretrial conference and jury selection dates within ten (10) calendar days from this Order.

**So ORDERED and SIGNED this 8th day of June, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE