IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SAS INSTITUTE INC., <br><br> Plaintiff, <br><br> vs. <br><br> WORLD PROGRAMMING LIMITED; LUMINEX SOFTWARE, INC.; YUM! BRANDS, INC.; PIZZA HUT, INC.; and SHAW INDUSTRIES GROUP, INC., <br><br> Defendants. | Civil Action No. 2:18-CV-00295-JRG <br><br> **Jury Trial Demanded** |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

COME NOW Plaintiff SAS Institute, Inc. ("SAS") and Defendants World Programming Limited, and Luminex Software, Inc., (collectively, the "Parties") and pursuant to the Court's Order on June 8, 2020 (Dkt. No. 393) hereby submit the attached proposed Amended Docket Control Order for the Court's consideration.

The proposed order incorporates the jury selection date set by the Court. The proposed order also moves the date to notify the Court of agreements reached during the meet and confer process from June 22 to August 12. The good cause for this change is to comply with the Order's requirement that such notifications be made no later than 1:00 p.m. three business days before the pretrial conference, which has now been rescheduled.

The Court previously reset the Pretrial Conference for August 17 and August 18. (Dkt. No. 393). Defendant World Programming respectfully requests that the Court reset the Pretrial Conference in light of trial conflicts affecting World Programming's lead and local counsel. In particular, World Programming's lead counsel Brad Caldwell and local counsel

Johnny Ward are scheduled to participate as lead and local counsel in a trial before Judge Schroeder, *VirnetX v. Apple*, No. 6:12-cv-00855-RWS (E.D. Tex.), with jury selection in Tyler set for August 17, 2020. World Programming's other counsel of record from Caldwell Cassady & Curry are also expected to attend the *VirnetX* trial. World Programming respectfully asks that the Pretrial Conference be scheduled during a week other than the weeks of August 3, 2020 or August 17, 2020.[1]

In light of the above extensions, the Parties also ask that the Court extend the date for the pretrial order and other related filings two weeks from the existing June 15 date to June 29. Good cause is present for the change because (1) the date for these submissions was originally June 22 before the trial setting was moved up from August to July, and (2) in light of the nine week continuance of the trial setting, there is now time in the schedule for the parties to devote additional time to finalize these filings and reducing areas of disagreement in them.

Dated: June 10, 2020                                             Respectfully submitted,


                                                                 */s/ Christian E. Mammen*

                                                                 Pressly M. Millen (admitted *pro hac vice*)
                                                                 Raymond M. Bennett (admitted *pro hac vice*)
                                                                 WOMBLE BOND DICKINSON (US) LLP
                                                                 555 Fayetteville Street, Suite 1100
                                                                 Raleigh, NC 27601
                                                                 Telephone: 919-755-2135
                                                                 Press.Millen@wbd-us.com
                                                                 Telephone: 919.755.2158
                                                                 Ray.Bennett@wbd-us.com

---

[1] World Programming's lead counsel is also scheduled to serve as lead counsel for Match Group in the trial of *Match Group, LLC v. Bumble Trading Inc.*, in the Western District of Texas, No. 6:18-cv-00080-ADA, with jury selection presently scheduled for August 3, 2020. Given that the trial schedules in many venues are in a state of flux at the moment, WPL will notify the Court promptly should there be any changes to either trial conflict while the present request to reschedule is outstanding.

2

| | |
|---|---|
| *(List of Plaintiff's Counsel Continued)* | Christian E. Mammen (admitted *pro hac vice*)<br>Carrie Richey (admitted *pro hac vice* )<br>WOMBLE BOND DICKINSON (US) LLP<br>1841 Page Mill Road, Suite 200<br>Palo Alto, CA 94304<br>Telephone: (408) 341-3067<br>Chris.Mammen@wbd-us.com<br>Telephone: (408) 341-3060<br>Carrie.Richey@wbd-us.com<br><br>Samuel B. Hartzell<br>WOMBLE BOND DICKINSON (US) LLP<br>555 Fayetteville Street, Suite 1100<br>Raleigh, NC 27601<br>919-755-2112<br>Fax: 919-755-6772<br>Sam.Hartzell@wbd-us.com<br><br>Michael C. Smith<br>Texas Bar No. 18650410<br>SIEBMAN, FORREST, BURG & SMITH, LLP<br>113 E. Austin Street<br>Marshall, Texas 75670<br>Tel: (903) 938-8900<br>michaelsmith@siebman.com<br><br>***Attorneys for SAS Institute Inc.*** |
| Dated: June 10, 2020 | */s/ Bradley W. Caldwell*<br><br>Bradley W. Caldwell<br>Texas Bar No. 24040630<br>Email: bcaldwell@caldwellcc.com<br>John Austin Curry<br>Texas Bar No. 24059636<br>Email: acurry@caldwellcc.com<br>John F. Summers<br>Texas State Bar No. 24079417<br>Email: jsummers@caldwellcc.com<br>Warren J. McCarty, III<br>Texas State Bar No. 24107857<br>Email: wmccarty@caldwellcc.com |

*(List of Defendants' Counsel Continued)*     CALDWELL CASSADY CURRY P.C.
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

***Attorneys for Defendants World Programming Limited, Luminex Software, Inc., Yum! Brands, Inc., Pizza Hut, Inc. And Shaw Industries Group, Inc.***

Charles Everingham IV
State Bar No. 00787447
ce@wsfirm.com
T. John "Johnny" Ward Jr.
Texas Bar No. 00794818
jw@wsfirm.com
Claire Henry
Texas Bar No. 24053063
claire@wsfirm.com
Andrea L. Fair
Texas Bar No. 24078488
andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
P.O. Box 1231
Longview, TX 75606
903-757-6400
903-757-2323 (Facsimile)

***Attorneys for Defendants World Programming Limited***

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A) on June 10, 2020.

*/s/ Christian E. Mammen*
Christian E. Mammen