# Attachment 5

Supplemental Report of Christopher A. Vellturo, Ph.D.,
dated June 15, 2020

(Exhibit D to Declaration of Raymond M. Bennett)

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]