# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SAS INSTITUTE INC. § § *Plaintiff*, § § v. § § WORLD PROGRAMMING LIMITED § and LUMINEX SOFTWARE, INC., § § *Defendant*. § | Case No. 2:18-cv-00295-JRG |

## MINUTES FOR PRETRIAL CONFERENCE
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### August 24, 2020

**OPEN:  9:12 a.m.**                                                                                          **ADJOURN: 9:50 a.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Taylor Mauze<br>Adrienne Dellinger<br>Lee Matalon |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 9:12 a.m. | Court opened.  Counsel announced ready for hearing. |
| 9:13 a.m. | The Court heard argument on Luminex Software, Inc.'s Motion to Dismiss in View of Settlement Agreement (Dkt. No. 395).  Mr. Caldwell spoke on behalf of Defendants.  Mr. Press Millen spoke on behalf of Plaintiff.  The Court ORDERED Luminex dismissed from the case with prejudice. |
| 9:21 a.m. | The Court addressed trial scheduling in light of SAS Institute, Inc.'s Sealed Motion for Partial Summary Judgment on its Copyright Infringement Claims by SAS Institute Inc. (Dkt. No. 264). Defendants' Sealed Motion for Partial Summary Judgment Against Plaintiff's Copyright Infringement Claims [Copyrightability] filed by Luminex Software, Inc., Pizza Hut, Inc., Shaw Industries Group, Inc., World Programming Limited and Yum! Brands, Inc. (Dkt. No. 272) |
| | The Court reset Jury selection and trial for January 4, 2021.  Although there are other cases set, the case is considered to be specially set.  The Court set a Copyrightability hearing on Tuesday, October 27, 2020.  The parties will be allotted three hours per side for the hearing.  The pretrial conference was reset to November 24, 2020. |
| 9:50 a.m. | Court adjourned. |