# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SAS INSTITUTE INC. § § *Plaintiff,* § § v. § § WORLD PROGRAMMING LIMITED § and LUMINEX SOFTWARE, INC., § § *Defendant.* § | Case No. 2:18-cv-00295-JRG |

**MINUTES FOR MOTIONS HEARING**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
**August 24, 2020**

**OPEN: 1:39 p.m.**                                                                                              **ADJOURN: 2:31 p.m.**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Taylor Mauze<br>Adrienne Dellinger<br>Lee Matalon |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| **TIME** | **MINUTES** |
|---|---|
| 1:39 p.m. | Court opened. Counsel announced ready for hearing. |
| | The Court reset the Copyrightability Hearing to October 14, 2020. |
| 1:41 p.m. | The Court heard argument on the Opposed World Programming Limited's Motion for Leave to Serve Deposition Upon Written Questions Subpoena on Luminex Software, Inc. filed by World Programming Limited (Dkt. No. 418). Mr. Caldwell spoke on behalf of Defendant. Mr. Millen spoke on behalf of Plaintiff. |
| 1:55 p.m. | The Court heard argument on the Motion for Leave to File Second Amended Complaint filed by SAS Institute Inc. (Dkt. No. 210). Mr. Bennett argued on behalf of Plaintiff. Mr. Everingham argued on behalf of Defendant. |
| 2:31 p.m. | The Court took the motions under advisement. Court adjourned. |