## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| SAS INSTITUTE INC., | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:18-CV-00295-JRG |
| WORLD PROGRAMMING LIMITED, LUMINEX SOFTWARE, INC., | § § § | |
| *Defendants*. | § § | |

## ORDER

The Court held a Pretrial Conference (the "Conference") in the above-captioned case on August 24, 2020 regarding select pretrial motions, including the Motion to Dismiss in View of Settlement Agreement (the "Motion to Dismiss") filed by Defendant Luminex Software, Inc. ("Luminex").  (Dkt. No. 395.)  This Order memorializes the Court's ruling on the Motion to Dismiss as announced into the record.  While this Order summarizes the Court's ruling during the Conference, this Order in no way limits or constrains such rulings from the bench.  Accordingly, it is hereby **ORDERED** that the Motion to Dismiss (Dkt. No. 395) was **GRANTED**.  The Court **ORDERED** that all claims against Luminex by SAS Institute, Inc. in the above-captioned case are **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 24th day of August, 2020.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE