**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SAS INSTITUTE INC., <br><br> Plaintiff, <br><br> vs. <br><br> WORLD PROGRAMMING LIMITED, <br><br> Defendants. | Case 2:18-cv-00295-JRG |

**NOTICE OF DESIGNATION OF ATTORNEY IN CHARGE**

NOW COMES Plaintiff SAS Institute Inc. ("SAS") which would respectfully show the Court the following:

1.      SAS designates Pressly M. Millen as attorney in charge.

Dated: August 27, 2020

Respectfully submitted,

 /s/ Pressly M. Millen
Pressly M. Millen
*Pro Hac Vice*
Raymond M. Bennett
*Pro Hac Vice*
Samuel B. Hartzell
*Pro Hac Vice*
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
(919) 755-2135
press.millen@wbd-us.com
ray.bennett@wbd-us.com
sam.hartzell@wbd-us.com


Christian E. Mammen
*Pro Hac Vice*
Carrie Richey
WOMBLE BOND DICKINSON (US) LLP

- 2 -

1841 Page Mill Road, Suite 200
Palo Alto, California 94304
(408) 341-3067
chris.mammen@wbd-us.com
carrie.richey@wbd-us.com

Michael C. Smith
State Bar No. 18650410
SIEBMAN,  FORREST,  BURG  &  SMITH,
LLP
113 East Austin Street
Marshall, Texas 75671
(903) 938-8900
michaelsmith@siebman.com

***Attorneys for Plaintiff SAS Institute Inc.***

- 3 -

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on counsel for Defendants via the Court's CM/ECF system and by email on August 27, 2020.

　　　　　　　　　　　　　　　　 /s/ Pressly M. Millen
　　　　　　　　　　　　　　　　Pressly M. Millen