**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SAS INSTITUTE INC. § § *Plaintiff*, § § v. § § WORLD PROGRAMMING LIMITED § and LUMINEX SOFTWARE, INC., § § *Defendant*. § | Case No. 2:18-cv-00295-JRG |

**MINUTES FOR COPYRIGHTABILITY HEARING**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
October 14, 2020

**OPEN: 9:10 a.m.**      **ADJOURN: 5:14 p.m.**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Taylor Mauze<br>Adrienne Dellinger<br>Lee Matalon |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| **TIME** | **MINUTES** |
|---|---|
| 9:10 a.m. | Court opened. Counsel announced ready for hearing. |
| 9:23 a.m. | Opening statement by Mr. Millen on behalf of Plaintiff. |
| 9:49 a.m. | Opening statement by Mr. Caldwell on behalf of Defendant. |
| 10:14 a.m. | Direct examination of Keith Collins, Ph.D. by Mr. Millen. |
| 10:36 a.m. | Recess. |
| 10:53 a.m. | Court reconvened. Direct examination of Keith Collins, Ph.D. by Mr. Millen |
| 11:15 a.m. | Offer of Proof given. |
| 11:18 a.m. | Cross examination of Keith Collins, Ph.D. by Mr. Curry. |
| 11:19 a.m. | Redirect examination of Keith Collins, Ph.D. by Mr. Millen. |
| 11:20 a.m. | Direct examination of Professor James Storer. |
| 12:10 p.m. | Recess. |
| 1:02 p.m. | Court reconvened. Direct examination of Professor James Storer by Mr. Millen. |
| 1:27 p.m. | Court's examination of the witness. |
| 1:28 p.m. | Direct examination of Professor James Storer by Mr. Millen. |
| 2:08 p.m. | Recess. |
| 2:18 p.m. | Court reconvened. Direct examination of Professor James Storer by Mr. Millen. |

| TIME | MINUTES |
| --- | --- |
| 2:51 p.m. | Redirect examination of Professor James Storer by Mr. Millen. |
| 2:52 p.m. | Recross examination of Professor James Storer by Mr. Caldwell. |
| 2:53 p.m. | Direct examination of Mark Thomas Jones, Ph.D. by Mr. Hamad. |
| 3:24 p.m. | Cross examination of Mark Thomas Jones, Ph.D. by Mr. Bennett. |
| 3:49 p.m. | Redirect examination of Mark Thomas Jones, Ph.D. by Mr. Hamad. |
| 3:51 p.m. | Recess. |
| 4:05 p.m. | Court reconvened.  Closing argument by Mr. Millen on behalf of Plaintiff. |
| 4:36 p.m. | Closing argument by Mr. McCarty on behalf of Defendant. |
| 4:54 p.m. | Closing argument by Mr. Caldwell on behalf of Defendant. |
| 5:06 p.m. | Rebuttal closing argument by Mr. Millen. |
| 5:14 p.m. | The Court took the matter under submission.  Court adjourned. |