IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SAS INSTITUTE INC., | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO.  2:18-CV-00295-JRG |
| WORLD PROGRAMMING LIMITED, | § § § § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is Plaintiff SAS Institute Inc.'s ("SAS") Agreed Motion to Withdraw its Motion to Affirm Right of Setoff (the "Motion"). (Dkt. No. 499.) In the Motion, Plaintiff represents that its pending Motion to Affirm Right of Setoff (Dkt. No. 480) is now moot. (*Id*. at 2.)

Having considered the Motion, and noting its agreed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that Plaintiff's Motion to Affirm Right of Setoff (Dkt. No. 480) be **WITHDRAWN**.

**So ORDERED and SIGNED this 17th day of March, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE