# United States Court of Appeals for the Federal Circuit

---

**SAS INSTITUTE, INC.,**

*Plaintiff-Appellant*

v.

**WORLD PROGRAMMING LIMITED,**

*Defendant-Appellee*

---

2021-1542

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:18-cv-00295-JRG, Chief Judge J. Rodney Gilstrap.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

|  | FOR THE COURT |
|---|---|
| April 6, 2023<br>Date | /s/ Peter R. Marksteiner<br>Peter R. Marksteiner<br>Clerk of Court |